# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 91-290 (FSH) |
| Plaintiff, | **ORDER** |
| v. |  |
| FAOSAT ANIMASHAUM. |  |
| Defendant. |  |

This matter having come before the Court by Defendant, Faosat Animashaum, appearing *pro se*, for the entry of an Order expunging her criminal record [docket #1]; and the Court having received and reviewed the Response in Opposition filed by the Government [docket #3]; and it appearing that the District Court lacks subject matter jurisdiction to entertain this request absent extraordinary circumstances, none of which are presented by the defendant, *See United States v. Rowland,* 451 F.3d 172, 178 (3d Cir. 2006); and for good cause shown;

**IT IS** on this 30th day of January, 2012;

**ORDERED** that the defendant's Application/Petition for Expungement [docket #1] is hereby **DENIED**.

                                                s/ Faith S. Hochberg
                                    Hon. Faith S. Hochberg, U.S.D.J.